*CLOSED*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TYRONE BARNES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 09-2489 (SRC) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| YOLETTE ROSS et al., | : | |
| | : | |
| Defendants. | : | |

**CHESLER, U.S.D.J.**

      This matter having come before the Court on the motion to dismiss the Complaint for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1), filed by Defendants Carmen M. Garcia, Thomas Haff, Charlie Jones, Louis Romano, Kenneth Sanders, William Thomas, Ruby J. Washington, Yolette Ross, Oscar Doyle, Paul Contillo, Reni Erdos, Norman Robertson, Heriberto Collazo, and Laurie Fuchs (collectively, "Defendants"); and the Court having considered the parties' submissions, and for the reasons stated in the accompanying Opinion, and good cause appearing,

      **IT IS** on this 4th day of October, 2012,

      **ORDERED** that Defendants' motion to dismiss the Complaint (Docket Entry No. 96), pursuant to Federal Rule of Civil Procedure 12(b)(1), is **GRANTED**, and the Complaint is hereby **DISMISSED** for lack of subject matter jurisdiction.

                                                             /s Stanley R. Chesler
                                                  STANLEY R. CHESLER, U.S.D.J.